**SO ORDERED,**

*/s/ Neil P. Olack*

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: June 3, 2020

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: **KEVIN HUDSON KEMP**<br>**Debtor** | **CHAPTER 12**<br>**CASE NO. 20-00655-NPO** |

## ORDER

THIS CAUSE having come on for hearing on the *Motion to Lift Automatic Stay and Abandon Collateral or in the Alternative for Adequate Protection* (the "Motion") **[DK #57]**, filed herein by CNH Industrial Capital America, LLC ("CNH") and upon the answer and response of the Debtor **[DK #66]** and upon the response of the Chapter 12 Trustee **[DK #65]**, the Court having heard and considered arguments of counsel is of the opinion that this Order should be entered not only with respect to the Motion but also with respect to the timing and filing of the Debtor's plan. It is, accordingly,

ORDERED that the Debtor's plan shall be filed on or before June 15, 2020. The Court is aware that the Debtor has filed a motion for additional time within which to file the plan that is inconsistent with the June 15, 2020, date; however, at the hearing on the Motion, Debtor's counsel agreed to submit the plan on June 15, 2020, so this Order will be controlling as to the timing of the filing of the plan. It is further,

ORDERED the Motion is reset for June 15, 2020, at 2:00 p.m., telephonically, at which time the Court will consider whether the plan has been filed and will give the Motion due consideration at that point.

\# \# END OF ORDER \# \#

APPROVED AS TO FORM:

_____
Craig M. Geno, Esq.
Counsel for the Debtor


/s/ Justin Jones [WITH PERMISSION]
_____
Justin Jones, Esq.
Chapter 12 Trustee

/s/ W. Jarrett Little [WITH PERMISSION]
_____
W. Jarrett Little, Esq.
Counsel for CNH Industrial
Capital America, LLC



SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Kemp, Kevin\Pleadings\Order on CNH Motion to Lift Stay 6-2-2020.wpd