___



**SO ORDERED,**

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: June 26, 2020

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   KEVIN HUDSON KEMP                                         CHAPTER 12
         Debtor                                                    CASE NO. 20-00655-NPO

### ORDER

THIS CAUSE having come on for consideration of the *Motion for Additional Time Within Which to File Plan of Reorganization* (the "Motion") **[DK #70]** filed herein by Kevin Hudson Kemp (the "Debtor"), and the Court having considered the Motion, and being fully advised in the matter, is of the opinion that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Motion for Additional Time Within Which to File Plan of Reorganization* is hereby granted, and the Debtor shall file his Plan of Reorganization within this Chapter 12 case within forty-five (45) days from the date of this Order.

# # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno, Esq. -  MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Kemp, Kevin\Pleadings\Order - Mot for Add'l Time to File Plan 5-26-20.wpd