# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   KEVIN HUDSON KEMP | CHAPTER 12 |
| Debtor | CASE NO. 20-00655-NPO |

## NOTICE

NOTICE IS HEREBY GIVEN that counsel for the Debtor herein has filed its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (the "Application"), a copy of which Application is attached hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within twenty-one (21) days from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran United States Courthouse, 501 East Court Street, Jackson, MS 39201, and a copy of any objection must be served upon Craig M. Geno, Esq., Law Offices of Craig M. Geno, PLLC, counsel for the Debtor, at 587 Highland Colony Parkway, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such obligation electronically. In the event an objection to this Application is filed, it will be scheduled for hearing in due course.

SO NOTICED this the 30th day of October, 2020.

Respectfully submitted,

KEVIN HUDSON KEMP

By His Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: /s/ Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Kemp, Kevin\Fee Apps\CMG\1st\Notice.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **KEVIN HUDSON KEMP**                              CHAPTER 12
            **Debtor**                                           CASE NO. 20-00655-NPO

**FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF NECESSARY EXPENSES
FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC**

COMES NOW the Law Offices of Craig M. Geno, PLLC (the "Applicant"), and files this its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (the "Application"), and in support thereof would show unto the Court the following, to-wit:

1. On February 25, 2020, the Debtor herein filed with this Court his original petition under Chapter 12 of the Bankruptcy Code.

2. On April 13, 2020, an Order **[DK #48]** approving the employment of the Applicant, as attorneys for the Debtor was entered by the Court.

3. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

4. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's



obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from January 30, 2020, to and including October 29, 2020, and is for the sum of $28,345.02 ($27,881.00 in fees and $464.02 in expenses), less any retainer balance remaining.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing the Debtor to pay said attorneys' fees and expenses. Applicant prays for general relief.

THIS, the 30th day of October, 2020.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: /s/ Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Kemp, Kevin\Fee Apps\CMG\1st\Application.wpd

-3-

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Harold J. Barkley, Jr., Esq.
hjb@hbarkley13.com

Christopher J. Steiskal, Esq.
christopher.j.steiskal@usdoj.gov

THIS the 30th day of October, 2020.

_____
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   KEVIN HUDSON KEMP                                                         CHAPTER 12
         Debtor                                                         CASE NO. 20-00655-NPO

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: KEVIN HUDSON KEMP  
Debtor

CHAPTER 12  
CASE NO. 20-00655-NPO

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____  
Craig M. Geno

STATE OF MISSISSIPPI  
COUNTY OF Hinds

SWORN TO AND SUBSCRIBED BEFORE ME, this the 30th day of October, 2020.

_____  
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2021

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: KEVIN HUDSON KEMP  CHAPTER 12
Debtor  CASE NO. 20-00655-NPO

**EXHIBIT "B"**

---

**Law Offices of Craig M. Geno, PLLC**
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048   Fax:601-427-0050

Kevin Kemp
MS-Mississippi
USA

October 29, 2020

Attention:

File #: 320006
Inv #: 347453

RE:   Chapter 12

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-30-20 | Conference with Mr. Kemp regarding Chapter 12 issues, outline of Chapter 12 | 1.15 | 431.25 | CMG |
| Jan-31-20 | Assist CMG setting up file, drafting Petition, New Client Data Sheet | 0.30 | 55.50 | KLC |
| Feb-10-20 | Meeting with Kevin Kemp re Schedules, SOFA | 1.40 | 259.00 | KLC |
| Feb-19-20 | Conference with client regarding Chapter 12, schedules and debt | 1.10 | 412.50 | CMG |
|  | Assist CMG drafting Schedules, SOFA, Matrix, Meeting with Kevin Kemp re same, perform UCC Search | 3.20 | 592.00 | KLC |
| Feb-21-20 | Assist CMG drafting Schedules, SOFA, Matrix | 0.70 | 129.50 | KLC |
| Feb-25-20 | Final review and revision of initial papers to file Chapter 12 | 0.20 | 75.00 | CMG |
|  | Assist CMG drafting and revising Schedules, SOFA | 1.00 | 185.00 | KLC |
| Feb-27-20 | Review Honda Proof of Claim | 0.20 | 75.00 | CMG |
|  | Review deficiency regarding Schedules | 0.20 | 75.00 | CMG |

---

Invoice #: 347453   Page 2   October 29, 2020

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
|  | Review deficiency notice for Plan | 0.10 | 37.50 | CMG |
|  | Review Notice of Deficiency regarding Petition | 0.10 | 37.50 | CMG |
|  | Receipt and review of Deficiency Notice; calendar deadline to file Plan and reminders | 0.10 | 18.50 | KLC |
|  | Receipt and review of Deficiency Notice; calendar deadline to file Schedules, SOFA, Attorney Disclosure Statement | 0.10 | 18.50 | KLC |
| Feb-29-20 | Review Notice from Wells Fargo | 0.20 | 75.00 | CMG |
| Mar-02-20 | Dictation of Rule 2016 (b) statement | 0.10 | 37.50 | CMG |
|  | Dictation of Application to Employ, review and revision of same, Notice and Certificate of Service, Order | 0.75 | 281.25 | CMG |
|  | Assist CMG drafting Attorney Disclosure Statement, Application to Employ CMG, Notice, Certificate of Service and Order re same | 0.20 | 37.00 | KLC |
|  | Organize and supervise mailout of Application to Employ CMG | 0.30 | 55.50 | KLC |
| Mar-05-20 | Review letter from Kubota; dictation of letter to client regarding Kubota condition of collateral; insurance | 0.20 | 75.00 | CMG |
| Mar-06-20 | Review memos to/from J. Rawlings regarding Adversary Proceeding and basic facts of case/loan | 0.20 | 75.00 | CMG |
| Mar-10-20 | Dictation of Motion/Order regarding Schedule filing; review and revision of same | 0.35 | 131.25 | CMG |
|  | Assist CMG drafting Motion to Extend Time to File Required Documents and Order re same | 0.20 | 37.00 | KLC |
| Mar-13-20 | Receipt and review of Order on Motion to Extend Time to File Required Documents; calendar deadline to file Schedules, SOFA | 0.10 | 18.50 | KLC |
| Mar-16-20 | Review letter from Honda regarding Adversary Proceeding | 0.20 | 75.00 | CMG |

---

Invoice #: 347453   Page 3   October 29, 2020

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-17-20 | Telephone conference with client regarding financing | 0.20 | 75.00 | CMG |
|  | Review Wells Fargo Proof of Claim | 0.25 | 93.75 | CMG |
| Mar-18-20 | Review Santender Proof of Claim | 0.25 | 93.75 | CMG |
| Mar-19-20 | Conference with Katie Carter, dictation of "renotices" and Certificates of Service to include Harold Barkley for service of Application to Employ | 0.25 | 93.75 | CMG |
|  | Assist CMG drafting Certificate of Service re Application to Employ CMG to send to Harold Barkley | 0.10 | 18.50 | KLC |
| Mar-20-20 | Update/preparation of document management control (subfiles and pleadings) | 0.50 | 92.50 | SLP |
| Mar-23-20 | Assist CMG drafitng Motion to Incur Debt, Notice, Certificate of Service and Order re same | 0.30 | 55.50 | KLC |
| Mar-24-20 | Review and revision of 365 Motion | 0.35 | 131.25 | CMG |
|  | Dictation of Motion Order to Expedite | 0.30 | 112.50 | CMG |
|  | Review Notice of Hearing | 0.20 | 75.00 | CMG |
|  | Assist CMG revising Emergency Motion to Incur Debt and Order re same | 0.10 | 18.50 | KLC |
|  | Assist CMG drafting and revising Motion to Expedite Hearing re Emergency Motion to Incur Debt and Order re same | 0.30 | 55.50 | KLC |
| Mar-26-20 | Receipt and review of Notice of Hearing and Deadlines re Emergency Motion to Incur Debt; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 56.25 | CMG |
|  | Dictation of Notice/ Certificate of Service regarding financing | 0.20 | 75.00 | CMG |
|  | Review memos to/from Mr. Kemp regarding crop incurance | 0.20 | 75.00 | CMG |
|  | Review Notice/Order regarding financing | 0.10 | 37.50 | CMG |

Invoice #: 347453  Page 4  October 29, 2020

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review memos to/from Mr. Kemp regarding crop insurance premium | 0.10 | 37.50 | CMG |
| | Assist CMG drafting Certificate of Service re Emergency Motion to Incur Debt | 0.10 | 18.50 | KLC |
| | Organize and supervise mailout of Emergency Motion to Incur Debt | 0.20 | 37.00 | KLC |
| Mar-27-20 | Review Kubota Proof of Claim | 0.25 | 93.75 | CMG |
| | Review Community response | 0.25 | 93.75 | CMG |
| Mar-28-20 | Review memo from Jim Spencer regarding 365 Motion; review Helena Notice | 0.25 | 93.75 | CMG |
| Mar-30-20 | Telephone conference with Mr. Kemp regarding crop insurance extension | 0.10 | 37.50 | CMG |
| | Conference with Mr. Givens regarding First Security lawsuit and equipment location | 0.25 | 93.75 | CMG |
| Mar-31-20 | Telephone conference with Jim Spencer regarding Borrowing Motion and Helena lien | 0.20 | 75.00 | CMG |
| | Review Order extending A.S. | 0.20 | 75.00 | CMG |
| Apr-01-20 | Review Notice of CB hearing | 0.20 | 75.00 | CMG |
| | Review order extending stay | 0.20 | 75.00 | CMG |
| | Receipt and review of hearing notice re Community Bank's Motion to Abandon Collateral and Lift Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Assist CMG revising Schedules, SOFA | 0.50 | 92.50 | KLC |
| Apr-02-20 | Review and revision of Schedules and SOFA | 2.15 | 806.25 | CMG |
| | Assist CMG revising Schedules A/B, D | 0.20 | 37.00 | KLC |
| Apr-03-20 | Review Notice of Deficiency | 0.20 | 75.00 | CMG |
| | Review Deficiency Notice | 0.10 | 37.50 | CMG |

Invoice #: 347453  Page 5  October 29, 2020

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Receipt and review of Notice of Deficiency; calendar deadline to file amended matrix, notice to added creditors and certificate of service re same | 0.10 | 18.50 | KLC |
| Apr-04-20 | Review Helena response | 0.35 | 131.25 | CMG |
| | Review FMC Proof of Claim | 0.35 | 131.25 | CMG |
| | Review Helena Proof of Claim | 0.30 | 112.50 | CMG |
| Apr-05-20 | Review Honda demands | 0.20 | 75.00 | CMG |
| Apr-06-20 | Telephone conference with Mr. Kemp regarding loan process and Monday hearing | 0.20 | 75.00 | CMG |
| Apr-08-20 | Assist CMG drafting Answer, Objection to Community Bank's Motion to Abandon Collateral | 0.40 | 74.00 | KLC |
| Apr-09-20 | Review Community Bank Motion and exhibits | 0.85 | 318.75 | CMG |
| | Dictation of Answer to Community Bank Motion | 0.55 | 206.25 | CMG |
| | Review memos to/from Jim spencer regarding Financing Order and 552 cutoff | 0.10 | 37.50 | CMG |
| | Review and revision of Answer to Community Bank Motion | 0.20 | 75.00 | CMG |
| | Dictation of Financing Order | 1.10 | 412.50 | CMG |
| | Review John Deere Notice | 0.10 | 37.50 | CMG |
| | Review Notice regarding 341 | 0.20 | 75.00 | CMG |
| | Review memo from Jim Spencer accepting revised Order | 0.10 | 37.50 | CMG |
| | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines | 0.15 | 27.75 | KLC |
| | Assist CMG drafting Agreed Order re Motion to Incur Debt | 0.20 | 37.00 | KLC |
| Apr-10-20 | Review Order regarding hearing time | 0.10 | 37.50 | CMG |

Invoice #: 347453  Page 6  October 29, 2020

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review and revision of Financing Order | 0.20 | 75.00 | CMG |
| | Review memo from Jim Spencer regarding Financing Order | 0.05 | 18.75 | CMG |
| | Review file and court docket re: 4/13/20 hearing on Emergency Motion to Incur Debt; prepare hearing folder for same | 0.30 | 55.50 | KLC |
| | Assist CMG revising Interim Agreed Order on Motion to Incur Debt | 0.10 | 18.50 | KLC |
| | Assist CMG drafting Notice of Amendment to Schedules and Certificate of Service re same | 0.40 | 74.00 | KLC |
| Apr-11-20 | Review Trustmark Proofs of Claim | 0.45 | 168.75 | CMG |
| Apr-13-20 | Review memos to/from Jeff Rawlings, Jim Spencer regarding agreement to financing motion; Bankruptcy financing motion regarding reversal at final hearing | 0.15 | 56.25 | CMG |
| | Telephonic Hearing 364 Motion | 0.20 | 75.00 | CMG |
| | Review and revision of 364 Motion | 0.10 | 37.50 | CMG |
| | Assist CMG revising Interim Order on Motion to Incur Debt | 0.10 | 18.50 | KLC |
| Apr-14-20 | Telephone conference with Mr. Kemp regarding Order "cap" on loan advances | 0.20 | 75.00 | CMG |
| | Review and revision of Order regarding loan advances and "cap" draws | 0.20 | 75.00 | CMG |
| | Telephone conference with Rachel Lenoir regarding revised 364 Order | 0.15 | 56.25 | CMG |
| | Review crop insurance Proof of Claim | 0.20 | 75.00 | CMG |
| Apr-16-20 | Dictation of letter to client regarding approval of financing | 0.10 | 37.50 | CMG |
| | Review CNH Proof of Claim | 0.65 | 243.75 | CMG |
| | Receipt and review of Interim Order on Emergency Motion to Incur Debt; calendar final hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |

Invoice #: 347453  Page 7  October 29, 2020

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Assist CMG drafting letter to Kevin Kemp re Interim Order on Motion to Incur Debt | 0.10 | 18.50 | KLC |
| | Assist CMG drafting Certificate of Service re Interim Order on Motion to Incur Debt | 0.10 | 18.50 | KLC |
| | Organize and supervise mailout of Interim Order on Motion to Incur Debt | 0.10 | 18.50 | KLC |
| | Organize and supervise mailout of Notice of Amendment to Schedules | 0.20 | 37.00 | KLC |
| Apr-19-20 | Update/preparation of document management control (subfiles and pleadings) | 1.00 | 185.00 | SLP |
| Apr-20-20 | Review CNH Proof of Claim (#12) | 0.35 | 131.25 | CMG |
| | Dictation of letter to client regarding CNH Motion | 0.20 | 75.00 | CMG |
| | Review memos to/from Mr. Kemp regarding loan, equipment payments and related issues | 0.35 | 131.25 | CMG |
| | Review letter from Trustee; dictation of letter to client regarding trustee documents to produce | 0.25 | 93.75 | CMG |
| | Dictation of letter to client regarding CNH Motion | 0.20 | 75.00 | CMG |
| | Review order regarding Disclosure Statement extension | 0.20 | 75.00 | CMG |
| | Review Notice of Hearing - CNH | 0.20 | 75.00 | CMG |
| | Receipt and review of hearing notice re CNH Industrial's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Assist CMG drafting letter to Kevin Kemp re CNH's Motion for Relief from Stay | 0.10 | 18.50 | KLC |
| | Assist CMG drafting letter to Kevin Kemp re Trustee's letter requesting documents | 0.10 | 18.50 | KLC |
| Apr-25-20 | Review Notice of CNH Hearing | 0.10 | 37.50 | CMG |
| Apr-27-20 | Review Trustee documents | 1.00 | 375.00 | CMG |

| Invoice #: | 347453 | Page 8 | | October 29, 2020 | |
|---|---|---|---|---|---|
| Apr-29-20 | Review John Deere and John Deere Financial Proof of Claim | 0.45 | 168.75 | CMG | |
| May-01-20 | Review file and court docket re: 5/4/20 hearing on Community Bank's Motion to Abandon Collateral; prepare hearing folder for same | 0.20 | 37.00 | KLC | |
| May-02-20 | Review memos to/from Jeff Rawlings regarding settlement | 0.20 | 75.00 | CMG | |
| May-04-20 | Dictation of letter to Mr. Kemp regarding Helena check | 0.20 | 75.00 | CMG | |
| | Assist CMG drafting letter to Kevin Kemp re Helena Chemical Check | 0.10 | 18.50 | KLC | |
| May-05-20 | Review Schedules and SOFA | 0.35 | 131.25 | CMG | |
| | Telephone conference with Mr. Kemp regarding 341 prep | 0.20 | 75.00 | CMG | |
| | Attended 341 | 0.50 | 187.50 | CMG | |
| May-06-20 | Review Community Bank Proof of Claim | 0.25 | 93.75 | CMG | |
| May-07-20 | Review 341 minutes | 0.10 | 37.50 | CMG | |
| May-08-20 | Review Trustee response to CNH Motion to Lift | 0.20 | 75.00 | CMG | |
| May-11-20 | Review memos to/from ARM, Jim Spencer regarding 2019 crop checks | 0.20 | 75.00 | CMG | |
| May-12-20 | Review CNH Motion | 0.85 | 318.75 | CMG | |
| | Dictation of Answer to CNH Motion; review and revision of same | 0.90 | 337.50 | CMG | |
| | Assist CMG drafting and revising Ans,Resp to CNH's Motion to Lift Stay | 0.25 | 46.25 | KLC | |
| May-18-20 | Receipt and review of Trustee's Notice and Objection to Claim 20 of PHI Financialt; calendar objection deadline | 0.10 | 18.50 | KLC | |
| May-20-20 | Dictation of Motion, Order, Notice and Certificate of Service regarding plan filing extension | 0.55 | 206.25 | CMG | |

| Invoice #: | 347453 | Page 9 | | October 29, 2020 | |
|---|---|---|---|---|---|
| | Review and revision of plan filing extension papers | 0.10 | 37.50 | CMG | |
| May-22-20 | Review CFSC proofs of claim | 0.65 | 243.75 | CMG | |
| May-23-20 | review memos to/from Les Alvis regarding John Deere collateral inspection | 0.10 | 37.50 | CMG | |
| May-24-20 | Dictation of motion for additional time to file Plan | 0.40 | 150.00 | CMG | |
| | Dictation of Notice regarding Plan Motion | 0.20 | 75.00 | CMG | |
| | Dictation of Certificate of Service regarding Notice regarding Plan Motion | 0.15 | 56.25 | CMG | |
| May-26-20 | Review memos to/from J. Little regarding CNH Motion | 0.20 | 75.00 | CMG | |
| | Review Notice regarding Telephonic Hearing | 0.10 | 37.50 | CMG | |
| | Assist CMG drafting Motion for Additional Time to File Plan, Notice, Certificate of Service and Order re same | 0.25 | 46.25 | KLC | |
| | Organize and supervise mailout of Motion for Additional Time to File Plan | 0.25 | 46.25 | KLC | |
| May-27-20 | Dictation of letter to client regarding Monthly Operating Report | 0.20 | 75.00 | CMG | |
| | Assist CMG drafting letter to Kevin Kemp re MORs | 0.10 | 18.50 | KLC | |
| May-29-20 | Review file and court docket re: 6/1/20 hearing on Emergency Motion to Incur Debt; update hearing folder for same | 0.10 | 18.50 | KLC | |
| | Review file and court docket re: 6/1/20 hearing on CNH Industrial Capital's Motion to Lift Stay; prepare hearing folder for same | 0.25 | 46.25 | KLC | |
| Jun-02-20 | Telephone conference with client regarding hearing result | 0.10 | 37.50 | CMG | |
| | Dictation of Order regarding CNH Motion; review and revision of Order regarding CNH Motion; dictation of memo to counsle | 0.35 | 131.25 | CMG | |

| Invoice #: | 347453 | Page 10 | | October 29, 2020 | |
|---|---|---|---|---|---|
| | Dictation of Final Order on borrowing; review and revision of same | 1.10 | 412.50 | CMG | |
| | Review memo from J. Jones and J. Little regarding Plan Order | 0.10 | 37.50 | CMG | |
| | Receipt and review of Order Resetting Hearing re CNH's Motion to Lift Stay; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| | Assist CMG in drafting and revising Order on Motion to Lift Automatic Stay by CNH Industrial; assist CMG in drafting letter to Jarrett Little and Justin Jones re same; draft email to Little and Jones re same; ECF upload re same | 0.50 | 92.50 | SLP | |
| | Assist CMG in drafting and revising Final Order Granting Emergency Motion to Incur Debt; ECF upload re same | 0.50 | 92.50 | SLP | |
| Jun-03-20 | Review letter from Jeff Rawlings regarding reset of motion | 0.10 | 37.50 | CMG | |
| | Review hearing notice | 0.20 | 75.00 | CMG | |
| | Receipt and review of Order re CNH's Motion to Lift Stay; calendar deadline to file Plan and reminders | 0.10 | 18.50 | KLC | |
| Jun-04-20 | Receipt and review of Notice of Telephonic Status Conference re Community Bank's Motion to Abandon; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| Jun-07-20 | Review Notice of Status Conference | 0.20 | 75.00 | CMG | |
| Jun-08-20 | Review memo and order regarding Community Bank Motion | 0.25 | 93.75 | CMG | |
| Jun-11-20 | Review Schedules and asset lists | 1.00 | 375.00 | CMG | |
| | Dictation of first draft of Plan | 1.75 | 656.25 | CMG | |
| Jun-12-20 | Review Motion/Order regarding continuance | 0.30 | 112.50 | CMG | |
| | Telephone conference with Mr. Kemp regarding Plan provisions and values of collateral | 0.15 | 56.25 | CMG | |

| Invoice #: | 347453 | Page 11 | | October 29, 2020 | |
|---|---|---|---|---|---|
| | Receipt and review of Order Resetting Hearing re CNH's Motion to Lift Stay; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| | Assist CMG drafting and revising Chapter 12 Plan | 1.50 | 277.50 | KLC | |
| Jun-13-20 | Review and revision of Plan | 0.75 | 281.25 | CMG | |
| Jun-14-20 | Telephone conference with Mr. Kemp regarding Community Bank treatment in Plan | 0.20 | 75.00 | CMG | |
| Jun-15-20 | Telephonic Hearing regarding Community Bank Motion | 0.15 | 56.25 | CMG | |
| | Finalize Plan | 0.65 | 243.75 | CMG | |
| | Receipt and review of Notice & Order Setting Ch. 12 Confirmation Hearing; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC | |
| | Assist CMG in revising Plan of Reorganization | 1.00 | 185.00 | SLP | |
| Jun-16-20 | Telephone conference with Mr. Kemp regarding CNH values | 0.20 | 75.00 | CMG | |
| | Review memos to/from Jarrett Little regarding CNH inspection | 0.10 | 37.50 | CMG | |
| | Review memos to/from Jim Spencer regarding PDI at end of year one | 0.10 | 37.50 | CMG | |
| | Assist CMG drafting Certificate of Service re Plan & Notice & Order Setting Confirmation Hearing | 0.20 | 37.00 | KLC | |
| Jun-19-20 | Dictation of Certificate of Service regarding Plan hearing | 0.20 | 75.00 | CMG | |
| | Organize and supervise mailout of Plan and Notice & Order Setting Confirmation Hearing | 0.20 | 37.00 | KLC | |
| | Assist CMG in drafting letter to Kevin Kemp re Notice and Order Setting Chapter 12 Confirmation Hearing; draft email to Kevin Kemp re same | 0.15 | 27.75 | SLP | |

| Invoice #: | 347453 | Page 12 | | | October 29, 2020 |
|---|---|---|---|---|---|
| Jun-20-20 | Review memos to/from Sterling Kidd regarding resolving confirmation issues | 0.25 | 93.75 | CMG | |
| Jun-22-20 | Review memos to/from Mr. Kemp regarding government advance | 0.20 | 75.00 | CMG | |
| Jun-26-20 | Review FMC Plan objection | 0.20 | 75.00 | CMG | |
| Jun-29-20 | Review Hearing Notice - Honda | 0.20 | 75.00 | CMG | |
| | Review PHI claim withdrawal | 0.25 | 93.75 | CMG | |
| | Receipt and review of hearing notice re Honda's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC | |
| Jul-01-20 | Review letter from USDA; review letter from Chapter 12 Trustee regarding USDA payments | 0.20 | 75.00 | CMG | |
| Jul-02-20 | review memos to/from S. Kidd regarding resolution of CFSC claim | 0.20 | 75.00 | CMG | |
| Jul-06-20 | Draft email to Kevin Kemp re Objection of Trustee to Plan | 0.05 | 9.25 | SLP | |
| Jul-08-20 | Review CNH objection | 0.65 | 243.75 | CMG | |
| | Telephone conference with Mr. KEmp regarding CNH objection; repairs to confirm | 0.85 | 318.75 | CMG | |
| Jul-09-20 | Review Monthly Operating Reports (5) | 0.75 | 281.25 | CMG | |
| | Dictation of letter to Chapter 12 Trustee regarding Monthly Operating Reports | 0.20 | 75.00 | CMG | |
| Jul-10-20 | Receipt and review of Order Resetting Hearing re CNH's Motion to Lift Stay; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| Jul-11-20 | Review CNH reset order | 0.20 | 75.00 | CMG | |
| Jul-12-20 | Review memos to/from Jeff Rawlings; review revised Community Bank Order | 0.35 | 131.25 | CMG | |
| | Review 5th Circuit case on crop disasters | 0.55 | 206.25 | CMG | |

| Invoice #: | 347453 | Page 13 | | | October 29, 2020 |
|---|---|---|---|---|---|
| Jul-13-20 | Telephone conference with Les Alvis regarding value of collateral | 0.20 | 75.00 | CMG | |
| Jul-14-20 | Receipt and review of Trustee's Notice of Service of Discovery; calendar deadline to answer discovery and reminders | 0.10 | 18.50 | KLC | |
| Jul-15-20 | Review Motion/Order/Notice of Hearing | 0.35 | 131.25 | CMG | |
| Jul-16-20 | Receipt and review of hearing notice re Trustee's Motion to Continue Confirmation Hearing; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| | Receipt and review of Order Granting Trustee's Motion to Continue Confirmation Hearing; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| | Receipt and reivew of Order Resetting Hearing re Honda's Motion for Relief; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| | Receipt and reivew of Order Resetting Hearing re CNH's Motion for Relief; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| | Receipt and review of Notice of Status Conference re various matters; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| Jul-20-20 | Review Honda Motion | 0.45 | 168.75 | CMG | |
| | Dictation of answer to Honda Motion | 0.25 | 93.75 | CMG | |
| | Review and revision of Answer to Honda Motion | 0.10 | 37.50 | CMG | |
| | Telephonic Hearing | 0.25 | 93.75 | CMG | |
| | Review Reset Order | 0.20 | 75.00 | CMG | |
| | Assist CMG in drafting and revising Answer to Motion for Relief From Stay by Honda Finance Corp; ECF filing re same | 0.35 | 64.75 | SLP | |

| Invoice #: | 347453 | Page 14 | | | October 29, 2020 |
|---|---|---|---|---|---|
| Jul-21-20 | Review orders and resets; dictation of letter to client regarding same | 0.10 | 37.50 | CMG | |
| | Assist CMG in drafting and revising letter to Kevin Kemp re John Deere Objection to Plan and Orders resetting a number of matters and Trustee's request for production of documents; telephonce conference with Harold Barkely's office re request for production of documents; draft email to Kevin Kemp re same | 0.25 | 46.25 | SLP | |
| Jul-23-20 | Update/preparation of document management control (subfiles and pleadings) | 2.00 | 370.00 | SLP | |
| Jul-26-20 | Review MTLS; Agreed Order: memos to/from Charles Barbour regarding Kubota Motion | 0.75 | 281.25 | CMG | |
| Jul-27-20 | Receipt and review of hearing notice re Kubota's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC | |
| Aug-09-20 | Review memos to/from Les Alvis, Mr. Kemp regarding John Deere collateral values and related information | 0.30 | 112.50 | CMG | |
| Aug-14-20 | Assist CMG drafting and revising Responses to Trustee's 1st Requests for POD | 0.20 | 37.00 | KLC | |
| Aug-17-20 | Review Status Conference Notice | 0.10 | 37.50 | CMG | |
| | Telephone conference with Mr. Kemp regarding status of crop Status Conference | 0.20 | 75.00 | CMG | |
| | Review Notice regarding hearing conversion | 0.10 | 37.50 | CMG | |
| | Review Reset Order | 0.25 | 93.75 | CMG | |
| | Receipt and review of Order Resetting Hearing re Chapter 12 Plan; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| | Receipt and review of Order Resetting Hearing re CNH Industrial's Motion to Lift Stay; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| Aug-18-20 | Review John Deere Proof of Claim | 0.65 | 243.75 | CMG | |

| Invoice #: | 347453 | Page 15 | | | October 29, 2020 |
|---|---|---|---|---|---|
| | Dictation of letter to client regarding John Deere Proof of Claim | 0.20 | 75.00 | CMG | |
| | Review memos to/from Laura Courtney regarding Honda MTLS | 0.20 | 75.00 | CMG | |
| | Assist CMG in drafting letter to Kevin Kemp re Amended Proofs of Claim by Deere & Company; draft email to Kevin Kemp re same | 0.15 | 27.75 | SLP | |
| Aug-21-20 | Review file and court docket re: 8/24/20 hearing on Honda's Motion for Relief from Stay; prepare hearing folder for same | 0.15 | 27.75 | KLC | |
| Aug-24-20 | Review Telephonic Hearing regarding Honda Motion | 0.25 | 93.75 | CMG | |
| Aug-25-20 | Receipt and review of Order Resetting Hearing re Honda's Motion for Relief from Stay; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC | |
| Aug-30-20 | Telephone conference with Mr. Kemp regarding Honda offer. | 0.20 | 75.00 | CMG | |
| | Dictate Honda Order, Dictate memo to L. Courtney confirming Honda Agreement. | 0.25 | 93.75 | CMG | |
| Sep-02-20 | Dictate letter to client regarding Honda payment. | 0.10 | 37.50 | CMG | |
| Sep-03-20 | Assist CMG in drafting letter to Kevin Kemp re Agreed Order Denying Honda's Motion for Relief From Stay; draft email to Kevin Kemp re same | 0.15 | 27.75 | SLP | |
| Sep-08-20 | Review Discovery. | 0.25 | 93.75 | CMG | |
| | Dictate letter to Client regarding Discovery. | 0.20 | 75.00 | CMG | |
| | Assist CMG in drafting letter to Kevin Kemp re Trustee's Requests for Production of Documents; draft email to Kevin Kemp re same | 0.20 | 37.00 | SLP | |
| Sep-16-20 | Receipt and review of hearing notice re JPMorgan Chase's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC | |

| Invoice #: | 347453 | Page 16 | | October 29, 2020 | |
|---|---|---|---|---|---|
| Sep-17-20 | Dictate letter to client regarding Honda Financial. | 0.20 | 75.00 | CMG | |
| | Review J.P. Morgan MTLS. | 0.65 | 243.75 | CMG | |
| | Dictate Answer to JP Morgan MTLS | 0.35 | 131.25 | CMG | |
| | Assist CMG in drafting letter to Kevin Kemp re Honda Finance Order; draft email to Kevin Kemp re same; assist CMG in drafting Answer and Response to Motion for Relief from Stay by JPMORGAN Chase Bank | 0.30 | 55.50 | SLP | |
| Sep-18-20 | Assist CMG revising Answer to JPMorgan's Motion for Relief | 0.10 | 18.50 | KLC | |
| Oct-02-20 | Receipt and review of Agreed Order Resolving Cat Financial's Objection to Plan; calendar deadline to file amended Plan | 0.10 | 18.50 | KLC | |
| Oct-08-20 | Assist CMG drafting First Amendment to Plan | 0.10 | 18.50 | KLC | |
| Oct-13-20 | Review September 2020 MOR. | 0.25 | 93.75 | CMG | |
| | Dictate Letter to Ch. 12 Trustee regarding September 2020. | 0.15 | 56.25 | CMG | |
| Oct-14-20 | ECF filing re September 2020 Monthly Operating Report, Response to Motion for Relief by JPMorgan Chase Bank and First Amendment to Chapter 12 Plan of Reorganization | 0.15 | 27.75 | SLP | |
| Oct-19-20 | Review memo from J. Spencer regarding value issue. | 0.10 | 37.50 | CMG | |
| | Review memo from J. Spencer regarding possible settlement. | 0.10 | 37.50 | CMG | |
| | Review memo from L. Alvis regarding settlement hearing. | 0.10 | 37.50 | CMG | |
| Oct-20-20 | Review memos to/from O. Spencer regarding GMAC value. | 0.25 | 93.75 | CMG | |
| | Telephone conference with L Alvis regarding value of collateral. | 0.25 | 93.75 | CMG | |

| Invoice #: | 347453 | Page 17 | | October 29, 2020 | |
|---|---|---|---|---|---|
| Oct-21-20 | Review NADA valuation and memo from O. Spencer regarding the same. | 0.20 | 75.00 | CMG | |
| Oct-22-20 | Review John Deere exhibit. | 0.75 | 281.25 | CMG | |
| | Review FMCC exhibit. | 0.10 | 37.50 | CMG | |
| | Dictate notice of inability to confirm Plan; Review and revise same. | 0.20 | 75.00 | CMG | |
| | Telephone conference with Les Alvis, Esq. re: values; review memo to/from Les Alvis confirming Agreement on values. | 0.25 | 93.75 | CMG | |
| | Review memos to/from J. Little re: settlement offers and issues. | 0.40 | 150.00 | CMG | |
| | Review memo to/from J Little re: exhibits, expert report and stipulation | 0.20 | 75.00 | CMG | |
| | Dictate memo to Clerk re: witness to appear | 0.10 | 37.50 | CMG | |
| | Telephone conference with Mr. Kemp re: trial preparation and plan issues | 0.25 | 93.75 | CMG | |
| | Review file re: trial preparation - re: opening; direct and cross examination | 1.00 | 375.00 | CMG | |
| | Review memos to/from O. Spencer re: collateral value | 0.20 | 75.00 | CMG | |
| | Review numerous memos to/from counsel re: inability to confirm plan | 0.40 | 150.00 | CMG | |
| | Review memo/Order from S McNew on Chase motion | 0.30 | 112.50 | CMG | |
| | Review memo from J. Jones approving Chase Order | 0.10 | 37.50 | CMG | |
| | Review memos to/from J.Little re: settlement proposal; exhibits and stipulations | 0.85 | 318.75 | CMG | |
| | Telephone conference with Les Alvis re: J Deere settlement | 0.20 | 75.00 | CMG | |
| | Telephone conference with J.Little re: CNH Motion to Lift | 0.25 | 93.75 | CMG | |

| Invoice #: | 347453 | Page 18 | | October 29, 2020 | |
|---|---|---|---|---|---|
| | Review file and court docket re: 10/23/20 hearing on CNH's Motion for Relief from Stay; update hearing folder for same | 0.10 | 18.50 | KLC | |
| | Assist CMG drafting Notice of Inability to Confirm Plan and Certificate of Service re same | 0.40 | 74.00 | KLC | |
| Oct-23-20 | Final Trial Preparation | 0.20 | 75.00 | CMG | |
| | Attended confirmation trial | 2.50 | 937.50 | CMG | |
| Oct-26-20 | Receipt and review of Order Resetting Confirmation Hearing; calendar deadline to file amended plan and rescheduled hearing date to trigger preparation of hearing folder | 0.15 | 27.75 | KLC | |
| Oct-29-20 | Review file; review and revise itemizations | 1.00 | 375.00 | CMG | |
| | Dicatate Application for Compensation; Notice and Certificate of Service | 1.15 | 431.25 | CMG | |
| | Review and revise Application for Compensation; Notice and Certificate of Service | 0.25 | 93.75 | CMG | |
| | Totals | 87.70 | $27,881.00 | | |

**DISBURSEMENTS**

| Jan-22-20 | Long Distance client - $3.13 | 3.13 |
|---|---|---|
| Mar-02-20 | Photocopies 48 pages @ .25/page | 12.00 |
| | Postage Mailout 7 @ .50 | 3.50 |
| Mar-17-20 | Long distance | 2.13 |
| Mar-20-20 | COURTS/USBC-MS-S | 275.00 |
| Mar-26-20 | Photocopies 79 pages @ .25/page | 19.75 |
| | Postage Mailout 6 @ .65 | 3.90 |
| Apr-16-20 | Photocopies 147 pages @ .25/page | 36.75 |
| | Postage to Wells Fargo | 0.65 |
| Apr-19-20 | COURTS/USBC-MS-S | 31.00 |
| May-05-20 | Long distance | 1.13 |
| May-26-20 | Photocopies 23 pages @ .25/page | 5.75 |
| | Postage Mailout 6 @ .50 | 3.00 |
| Jun-02-20 | Long distance | 2.13 |
| Jun-12-20 | Long distance | 2.13 |
| Jun-14-20 | Long distance | 3.13 |
| Jun-19-20 | Photocopies 120 pages @ .25/page | 30.00 |
| | Postage Mailout 13 @ .65 | 8.45 |

| Invoice #: | 347453 | Page 19 | October 29, 2020 |
|---|---|---|---|
| Jul-08-20 | Long distance | | 2.13 |
| Jul-21-20 | Pacer 5/1/20-7-10-20 | | 0.60 |
| Oct-19-20 | Long Distance | | 2.13 |
| Oct-21-20 | Long Distance | | 4.13 |
| Oct-22-20 | Long Distance | | 2.00 |
| | Long Distance Les Alvis - $2.00 | | 2.00 |
| Oct-23-20 | Parking Charge Court | | 7.50 |
| | Totals | | $464.02 |
| | **Total Fee & Disbursements** | | $28,345.02 |
| | **Balance Now Due** | | $28,345.02 |

**SUMMARY BY TIMEKEEPER**

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Craig M. Geno | $375.00 | 61.35 | $23,006.25 |
| Kathryn L. Carter | $185.00 | 19.10 | $3,533.50 |
| Sherry Lynn Purvis | $185.00 | 7.25 | $1,341.25 |

TAX ID Number    45-4013160