# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     KEVIN HUDSON KEMP                          CHAPTER 12
                 Debtor                                     CASE NO. 20-00655-NPO

## MOTION TO CONVERT CHAPTER 12 CASE
## TO SUBCHAPTER V CASE UNDER CHAPTER 11

COMES NOW Kevin Hudson Kemp (the "Debtor"), and files this his Motion to Convert Chapter 12 Case to Subchapter V Case Under Chapter 11 (the "Motion"), and in support thereof, would show unto this Honorable Court as follows, to-wit:

1. It does not appear that continuing with Plan confirmation of the Debtor's Chapter 12 case will be productive or beneficial because the compensation requested by the Chapter 12 Trustee will either cause the Plan to lack feasibility, or is excessive when compares to the cost, expenses and fees in Subchapter V.

2. Accordingly, it is the best interest of the Debtor, all creditors and all parties in interest to convert this Chapter 12 case to a case under Subchapter V of the Bankruptcy Code.

3. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that upon a hearing hereof, this Honorable Court will convert this Chapter 12 case to a case under Chapter 11 and a

Subchapter V case thereunder. Debtor prays for general relief.

THIS, the 9th day of December, 2020.

                                      Respectfully submitted,

                                      KEVIN HUDSON KEMP

                                      By His Attorneys,

                                      LAW OFFICES OF CRAIG M. GENO, PLLC

                                      By: _____
                                                    Craig M. Geno

OF COUNSEL:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Kemp, Kevin\Pleadings\Mot to Convert 12 to Subchapter V 12-9-20.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing to the following:

        Harold J. Barkley, Jr., Esq.
        hjb@hbarkley13.com

        Christopher J. Steiskal, Esq.
        christopher.j.steiskal@usdoj.gov

THIS, the 9th day of December, 2020.

                                        _____
                                        Craig M. Geno